IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BRADLEY WILLIAMS,

       Appellant,

 v.

STATE OF FLORIDA,

       Appellee.

_____/

Case No.  5D22-937
LT Case No. 2012-CF-000349

Decision filed June 7, 2022

3.850 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Bradley Williams, Bonifay, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, TRAVER and WOZNIAK, JJ., concur.